United States District Court
Southern District of Texas

**ENTERED**

May 19, 2026

Nathan Ochsner, Clerk

**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | | |
|---|---|---|
| ROBERT HUNTER, | § | CIVIL ACTION NUMBER |
| Plaintiff, | § | 4:26-cv-02201 |
| | § | |
| | § | |
| versus | § | JUDGE CHARLES ESKRIDGE |
| | § | |
| | § | |
| FIRST TRANSIT, INC and | § | |
| TRANSDEV, | § | |
| Defendants. | § | |

**ORDER ADOPTING
MEMORANDUM AND RECOMMENDATION**

Plaintiff Robert Hunter sues Defendants First Transit, Inc, and Transdev for certain acts of discrimination. Dkt 1 at 1–3. He proceeds here *pro se* and applied to proceed *in forma pauperis*. Dkt 2.

The matter was referred for disposition to Magistrate Judge Yvonne Y. Ho. Dkt 4. She entered a Memorandum and Recommendation in which she granted Plaintiff's application to proceed *in forma pauperis* but recommended that his claims be dismissed without prejudice for failure to state a claim under 28 USC §1915(e)(2)(B). Dkt 6 at 3–7. She also granted Plaintiff leave to amend his complaint by May 12, 2026. Id at 8. He did so. See Dkt 7 (amended complaint).

The district court reviews *de novo* those conclusions of a magistrate judge to which a party has specifically objected. See FRCP 72(b)(3) & 28 USC § 636(b)(1)(C); see also *United States v Wilson*, 864 F2d 1219, 1221 (5th Cir 1989, *per curiam*). The district court may accept any other portions to which there's no objection if satisfied that no clear error appears on the face of the record. See *Guillory v*

*PPG Industries Inc*, 434 F3d 303, 308 (5th Cir 2005), citing *Douglass v United Services Automobile Association*, 79 F3d 1415, 1430 (5th Cir 1996, *en banc*); see also FRCP 72(b) advisory committee note (1983).

No party filed objections. No clear error appears upon review and consideration of the Memorandum and Recommendation, the record, and the applicable law.

The Memorandum and Recommendation of the Magistrate Judge is ADOPTED as the Memorandum and Order of this Court. Dkt 6.

The claims by Plaintiff Robert Hunter in the original complaint are DISMISSED WITHOUT PREJUDICE. See Dkt 1.

For the avoidance of doubt, the amended complaint remains as the operative pleading and may yet be subject to dismissal upon consideration by the Magistrate Judge. Dkt 7.

SO ORDERED.

Signed on ___May 19, 2026___, at Houston, Texas.

Honorable Charles Eskridge
United States District Judge

2